ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| POZ Engineering and Environmental Consulting | ) ASBCA No. 59004 |
| | ) |
| Under Contract No. W912K6-11-P-0024 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. Emanuel T. Posluszny, P.E.
                                  President

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
                                    Army Chief Trial Attorney
                                   MAJ Joseph K. Venghaus, JA
                                   CPT Vera A. Strebel, JA
                                    Trial Attorneys

## ORDER OF DISMISSAL

The appeal has been settled. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated:  3 July 2014

ELIZABETH A. TUNKS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59004, Appeal of POZ Engineering and Environmental Consulting, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals